**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| GAMETECH INTERNATIONAL, INC., a Delaware Corporation,<br><br>    *Plaintiff-Counterdefendant*,<br><br>v.<br><br>TREND GAMING SYSTEMS, L.L.C., a Texas limited liability company,<br><br>    *Defendant-Counterclaimant*. | No. CV01 0540 PHX LOA<br><br>**ORDER**<br><br>(Hon. Lawrence O. Anderson) |

    This Court has considered the JOINT STIPULATED MOTION TO EXONERATE SUPERSEDEAS BONDS, which Plaintiff-Counterdefendant GameTech International Inc. ("GameTech") and Defendant-Counterclaimant Trend Gaming Systems, L.L.C. ("Trend") (collectively, the "Parties") filed on August 7, 2007.

    The Parties seek an Order exonerating the two supersedeas bonds, bond nos. AJ8007 and AK1219, that GameTech posted in this action pursuant to Rule 62 of the FEDERAL RULES OF CIVIL PROCEDURE, the first to stay enforcement of this Court's AMENDED FINAL JUDGMENT entered May 12, 2005, which embraced the jury's verdict against GameTech, and the second to stay enforcement of this Court's separate

*HX 327909622v1*

JUDGMENT entered August 5, 2005, which embraced the Court's award of attorneys' fees to Trend. See District Court Docket Nos. 491, 506, 541, 551.

GameTech posted these bonds as security pending resolution of GameTech's consolidated appeals of the foregoing judgments to the United States Court of Appeals for the Ninth Circuit in Cause Nos. 05-15626 (L) and 05-16026. Thereafter, a panel of the Ninth Circuit Court of Appeals, in its Memorandum decision filed May 16, 2007, reversed both (a) the AMENDED FINAL JUDGMENT and (b) implicitly, the JUDGMENT of August 5, 2005, and remanded the case to the United States District Court for the District of Arizona for a new trial.

Good cause appearing therefor,

**IT IS ORDERED** that the parties' JOINT STIPULATED MOTION TO EXONERATE SUPERSEDEAS BONDS is granted, and

**IT IS FURTHER ORDERED** that GameTech's supersedeas bonds, bond nos. AJ8007 and AK1219, are exonerated effectively immediately.

_Lawrence O. Anderson_
Lawrence O. Anderson
United States Magistrate Judge